**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6966**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

VINCENT RUTHERFORD,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Senior District Judge.  (1:02-cr-00049-GCM-1)

_____

Submitted:  December 17, 2009      Decided:  January 21, 2010

_____

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vincent Rutherford, Appellant Pro Se.  C. Nicks Williams, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent Rutherford appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rutherford, No. 1:02-cr-00049-GCM-1 (W.D.N.C. May 21, 2009). We deny Rutherford's motion to strike sentencing enhancement and request for evidentiary hearing and incorporated memorandum of law, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED